UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

─────────────────────────────── x
                                )   **ECF**
**In re ST. PAUL TRAVELERS**    )   04-CV-4697 (JRT/FLN)
**SECURITIES LITIGATION II**    )
                                )
─────────────────────────────── x

# SECOND DECLARATION OF JAVIER BLEICHMAR IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Javier Bleichmar, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at Labaton Sucharow & Rudoff LLP, Court appointed Lead Counsel, and have been admitted Pro Hac Vice to this Action [Dkt. No. 94]. I submit this declaration in further support of Lead Plaintiff's Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a copy of the Rebuttal Report of John D. Finnerty, Ph.D.

3. Attached hereto as Exhibit 2 is a document produced by Marsh, Inc., bates-stamped 023462425.

4. Attached hereto as Exhibit 3 is a document produced by Marsh, Inc., bates-stamped 023462076.

5. Attached hereto as Exhibit 4 is a document produced by Marsh, Inc., bates-stamped 023462751 – 023462782.

6. Attached hereto as Exhibit 5 are two press releases issued by St. Paul Travelers, Inc. on October 6 and 18, 2004.

7. Attached hereto as Exhibit 6 is a document produced by Lead Plaintiff bates-stamped ERB-SPTII-0000212 – ERB-SPTII-0000216.

8. Attached hereto as Exhibit 7 is a print-out from Bloomberg of St. Paul Travelers, Inc. stock prices for the 90-day period after the Class Period, which includes the 90-day average.

9. Attached hereto as Exhibit 8 is a copy of the July 8, 2005 Memorandum Opinion and Order in *In re HealthSouth Corp. Sec. Litig.*, 03-cv-1500 (N.D. Ala.).

10. Attached hereto as Exhibit 9 is a copy of the June 24, 2003 Order in *HealthSouth*.

11. Attached hereto as Exhibit 10 is a copy of the January 7, 2005 Motion of the New Mexico State Funds for Appointment as Lead Plaintiff and Approval of Proposed Lead Plaintiff's Selection of Lead Counsel in *HealthSouth*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: August 3, 2007

s/ Javier Bleichmar
Javier Bleichmar
