# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re ST. PAUL TRAVELERS.** <br> **SECURITIES LITIGATION II** <br><br> This Document Relates To: <br><br> ALL ACTIONS | Civil. No. 04-4697 (JRT/FLN) <br><br> **ORDER CONCERNING** <br> **DISTRIBUTION OF NET** <br> **SETTLEMENT FUND TO** <br> **AUTHORIZED CLAIMANTS AND** <br> **RELATED MATTERS** |

WHEREAS Lead Plaintiff, on behalf of the Settlement Class, has moved this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order: (a) authorizing distribution of the Net Settlement Fund to Authorized Claimants, including late claimants; (b) authorizing the Claims Administrator to deem timely, late filed but otherwise eligible claims that were submitted after the August 27, 2008 extended claim deadline for filing proof of claim forms, but received on or before July 2, 2009; (c) authorizing payment of fees charged and expenses incurred by the Claims Administrator, The Garden City Group, Inc. ("GCG"), in the amount of $2,143,601.37, to be paid from the Net Settlement Fund; (d) authorizing that any residual, unclaimed balance remaining in the Net Settlement Fund after six (6) months from the date of distribution, if feasible, be reallocated by the Claims Administrator, acting under the supervision of Lead Counsel, among Authorized Claimants in an equitable and economic fashion and that, thereafter, any balance which still remains in the Net Settlement

Fund shall be donated, in equal part, to two charities, specifically ShareOwners.org, a private, nonsectarian, not-for-profit organization with Internal Revenue Code § 501(c)(3) tax deductible status, as well as the Federal Bar Association *Pro Se* Project; and (e) permitting the destruction of Proof of Claim forms and related documents after a period of time, and good cause appearing therefore, the Court hereby **ORDERS** as follows:

1. The motion is granted in part [Docket No. 253].

2. The Net Settlement Fund shall be distributed forthwith to Authorized Claimants, including late claimants, consistent with the Plan of Allocation of the Net Settlement Fund and the Administrator's Reports set forth as Exhibits B-1 and B-2 to the Affidavit of Stephen J. Cirami, dated October 2, 2009.

3. Otherwise eligible claims that were submitted after the August 27, 2008 extended claim filing deadline, but received on or before July 2, 2009, are hereby deemed timely and shall be included in the Settlement.

4. GCG shall be paid fees and expenses from the Net Settlement Fund in the total amount of $2,143,601.37.

5. Plaintiffs shall submit to the Court a plan to utilize any residual, unclaimed balance that remains in the Net Settlement Fund after six (6) months from the date of distribution.

6. One year after distribution of the Net Settlement Fund, GCG may destroy any paper copies of the Proof of Claim forms and all related paper documentation, and three

years after distribution of the Net Settlement Fund, GCG may destroy any electronic copies of the same.

IT IS SO ORDERED.


Dated: December 18, 2009
at Minneapolis, Minnesota          _____s/ John R. Tunheim_____
                                            JOHN R. TUNHEIM
                                         United States District Judge